Case: 15-1828    Document: 19    Page: 1    Filed: 08/28/2015

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**B.E. TECHNOLOGY, L.L.C.,**
*Appellant*

v.

**MICROSOFT CORPORATION, GOOGLE, INC.,**
*Appellees*

---

15-1828
(Serial no. IPR2014-00039, IPR2014-00738 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, B.E. Technology, L.L.C. unopposed motion to extend time to file appellant's principal brief,

IT IS ORDERED THAT:

The motion is granted. The Appellant's brief is due on September 28, 2015.

                              FOR THE COURT

August 28, 2015                /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court