**No. 15-1828**

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

B.E. TECHNOLOGY, L.L.C.,
Appellant,

v.

MICROSOFT CORPORATION, GOOGLE, INC.,
Appellees.

On Appeal From the United States Patent and Trademark Office
Before The Patent Trial and Appeal Board
Case IPR2014-00039
Case IPR2014-00738

**UNOPPOSED MOTION FOR LEAVE TO FILE
APPELLANT'S OPENING BRIEF OUT OF TIME**

ROBERT E. FREITAS
DANIEL J. WEINBERG
FREITAS ANGELL & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:   (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Appellant
B.E. Technology, L.L.C.

# CERTIFICATE OF INTEREST

Counsel for Appellant B.E. Technology, L.L.C. ("B.E.") certifies the following:

1. The full name of every party or amicus represented by me is:

B.E. Technology, L.L.C.

2. The name of the real party in interest represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

> Robert E. Freitas
> Jason S. Angell
> Daniel J. Weinberg
> FREITAS ANGELL & WEINBERG LLP
> 350 Marine Parkway, Suite 200
> Redwood Shores, CA 94065
> Telephone: (650) 593-6300
> Facsimile: (650) 593-6301
> rfreitas@fawlaw.com
> jangell@fawlaw.com
> dweinberg@fawlaw.com

-2-

Appellant B.E. Technology, L.L.C. ("Appellant") respectfully files this motion for an order allowing it to file its Opening Brief out of time. Appellant's Opening Brief was due on September 28, 2015. A legal secretary for appellant's counsel began uploading the brief and its associated documents before the deadline, but the filing was not entered into the system until 12:00:46.

Pursuant to the Clerk of the Court's Order, filed on October 5, 2015, Appellant must file a motion for leave to file its brief out of time.

Appellant has conferred with Appellees' counsel of record, and Appellees do not oppose this motion. The Declaration of Daniel J. Weinberg filed in support of this motion is attached.

Respectfully submitted,

Dated: October 6, 2015

*/s/Daniel J. Weinberg*
Daniel J. Weinberg
Attorney for Appellant
B.E. Technology, L.L.C.

-3-
## CERTIFICATE OF CONFERENCE

I certify that on October 5 and October 6, 2015, opposing counsel notified me that they will not oppose this motion.

*/s/Daniel J. Weinberg*
Daniel J. Weinberg

## DECLARATION OF DANIEL J. WEINBERG

I, Daniel J. Weinberg, declare:

1. I am the attorney of record for B.E. Technology, L.L.C. ("Appellant"). I make this declaration in support of Appellant's Unopposed Motion for Leave to File Appellant's Opening Brief Out of Time. The following facts are known to me personally, and if called upon I could testify thereto.

2. Appellant's Opening Brief was due on Monday, September 28, 2015. The brief was filed by Melanie Arlantico, a legal secretary in my office. Ms. Arlantico began uploading the brief and its associated documents before the 12:00 AM deadline.

3. This motion is made in good faith, for the purposes stated, and not for any other reason.

4. Prior to making this motion, counsel for appellee Microsoft Corporation and Google, Inc. were notified and neither party opposes this motion.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct and of my own knowledge.

Executed at Redwood Shores, California on October 6, 2015.

                                            */s/ Daniel J. Weinberg*
                                            Daniel J. Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion for Leave to File Appellant's Corrected Opening Brief Out of Time was served by electronic mail on October 6, 2015, to the following addresses:

Jeffrey P. Kushan
Ryan C. Morris
Scott M. Border
Samuel A. Dillon
SIDLEY AUSTIN LLP
jkushan@sidley.com
rmorris@sidley.com
sborder@sidley.com
samuel.dillon@sidley.com

Brian A. Rosenthal
Clinton H. Brannon
Andrew J. Pincus
MAYER BROWN LLP
brosenthal@mayerbrown.com
cbrannon@mayerbrown.com
apincus@mayerbrown.com

　　　　　　　　/s/Daniel J. Weinberg
　　　　　　　　Daniel J. Weinberg